BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MONTOYA
Assistant U.S. Attorney
Rm. 4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:09-cr-00057-OWW-3 |
| Plaintiff, ) | |
| v. ) | STIPULATION TO CONTINUE TRIAL CONFIRMATION AND MOTIONS |
| GASS MOHAMED GASS HERSI, et al, ) | IN LIMINE HEARING AND ORDER THEREON |
| Defendants. ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective counsel, that the trial confirmation and motions in limine hearing currently set for **April 21, 2010** be continued to **April 23, 2010 at 12:00 p.m.** Counsel for defendant Gass M. G. Hersi, Joan Levie, is unavailable as she is out of the country and her flight was cancelled for reasons beyond her control. Counsel's flight has not been rescheduled due to atmospheric conditions and the latest information provided to the government is that counsel does not know when the flight will be rescheduled and alternate travel plans cannot be made.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation and continuity of counsel pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(iv). The government believes that time has already been excluded to and through the trial date.

1

It is the government's understanding that the defendant does not require the services of an interpreter.

Dated: April 16, 2010  BENJAMIN B. WAGNER
United States Attorney

By: /s/ Laurel J. Montoya
LAUREL J. MONTOYA
Assistant U.S. Attorney

Dated: April 16, 2010  /s/ Joan J. Levie
JOAN J. LEVIE
Attorney for the Defendant
Gass Mohamed Gass Hersi

ORDER CONTINUING HEARING DATE

IT IS SO ORDERED.

**Dated:   April 16, 2010**          /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE