```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  LAUREL J. MONTOYA
    KEVIN P. ROONEY
 3  Assistant U.S. Attorneys
    4401 Federal Building
 4  2500 Tulare Street
    Fresno, California  93721
 5  Telephone:  (559) 497-4000

 6

 7

 8           IN THE UNITED STATES DISTRICT COURT FOR THE

 9                   EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )  01: 09-cr-00057 OWW
                                 )
12               Plaintiff,      )
                                 )
13      v.                       )  STIPULATION AND ORDER TERMINATING
                                 )  CONDITIONS OF RELEASE
14  ABDIKADIR MOHAMED GASS,      )
    GASS MOHAMED GASS HERSI, and )
15  FOOSIYA MOHAMED GASS,        )
                                 )
16                               )
                 Defendants.     )
17  _____)
```

18     IT IS HEREBY STIPULATED by and between the parties hereto,

19 and through their respective counsel, that the conditions of

20 release imposed by United States Magistrate Judge Dennis L. Beck

21 on January 30, 2009 be terminated.

22     On January 31, 2011, the above-named defendants entered into

23 a deferred prosecution agreement where the matter will be

24 dismissed if they do not commit a federal, state, or local offense

25 for a period of twelve (12) months.  There is no longer a need for

26 the previously imposed conditions of release.

27 //

28 //

1

```
DATED: February 1, 2011                 Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney


                                        By: /S/ Laurel J. Montoya
                                        LAUREL J. MONTOYA
                                        Assistant U.S. Attorney


DATED: February 1, 2011                  /s/ Marc Days
                                        Attorney for ABDIKADIR
                                        MOHAMED GASS


DATED: February 1, 2011                  /s/ Stephen Naratil
                                        Attorney for FOOSIYA
                                        MOHAMED GASS


DATED: February 1, 2011                  /s/ Jon Renge
                                        Attorney for GASS MOHAMED
                                        GASS HERSI
```

IT IS HEREBY ORDERED that the conditions of release imposed on the above-named defendants January 30, 2009 be terminated.

IT IS SO ORDERED.

**Dated:   February 1, 2011**              /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE