| | |
|---|---|
| 1  BENJAMIN B. WAGNER<br>United States Attorney<br>2  LAUREL JACKSON MONTOYA<br>KEVIN P. ROONEY<br>3  Assistant U.S. Attorneys<br>4401 Federal Courthouse<br>4  2500 Tulare Street<br>Fresno, California 93721<br>5  Telephone: (559) 499-4000 | **FILED**<br><br>APR 2 4 2012<br><br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY _____<br>DEPUTY CLERK |

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:09-cr-00057-OWW |
| Plaintiff, | GOVERNMENT'S MOTION TO DISMISS<br>SUPERSEDING INFORMATION |
| v. | |
| GASS MOHAMED GASS HERSI, | |
| Defendant. | |

The government thought BENJAMIN B. WAGNER, United States Attorney, and LAUREL J. MONTOYA and KEVIN P. ROONEY, Assistant U.S. Attorneys, hereby moves to dismiss the superseding information against defendant GASS MOHAMED GASS HERSI.

On January 31, 2011, the government and defendant GASS MOHAMED GASS HERSI entered into an deferred prosecution agreement whereby the superseding information would be dismissed if the defendant complied with the terms of the agreement. A review of his criminal history information shows that defendant GASS MOHAMED GASS HERSI has complied with the terms of the agreement

///
///
///
///

1

and has incurred no convictions. Accordingly, the government moves to dismiss the superseding information against defendant GASS MOHAMED GASS HERSI.

DATED: April 20, 2012

BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

By: Laurel J. Montoya
Assistant U.S. Attorney

## ORDER

IT IS HEREBY ORDERED that the superseding information against defendant GASS MOHAMED GASS HERSI is dismissed with prejudice.

DATED: April 24, 2012

LAWRENCE J. O'NEILL
United States District Judge

2